UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. C-07-168 |
| | § | |
| TIMOTHY PATRICK ROSS | § | |

## ORDER TO SHOW CAUSE

On November 20, 2007, defendant was ordered to submit a completed application to proceed *in forma pauperis* along with a certified inmate trust account statement. (D.E. 47). To date he has failed to comply. Accordingly, defendant is ordered to show cause, within thirty days of the date of this order, why his lawsuit should not be dismissed for want of prosecution. Failure to comply will result in dismissal of the appeal. Fed. R. Civ. P. 41.

ORDERED this 19th day of December, 2007.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE