UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. C-07-168 |
| | § | |
| TIMOTHY PATRICK ROSS | § | |

## ORDER TO DOCKET APPLICATION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* ON APPEAL AND ORDER GRANTING APPLICATION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* ON APPEAL

Defendant Ross has responded to the Order to Show Cause entered December 19, 2007 (D.E. 55). His application for leave to proceed *in forma pauperis* was appended to his electronically filed response as Exhibit A. The Clerk shall docket Exhibit A to Instrument No. 55 as defendant Ross's application for leave to proceed *in forma pauperis* on appeal. As such, the motion is granted. Ross shall not be required to prepay the appellate filing fee and he is entitled to CJA counsel and free transcripts necessary to prosecute his appeal.

ORDERED this 24th day of January, 2008.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE